JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: Jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br>MELINDA L. WEHRLI-BARTNIK AKA<br>MELINDA L. WEHRLI,<br><br>                    Defendant | No. 5: 15-cv-1031<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Melinda L. Wehrli-Bartnik aka Melinda L. Wehrli, in the principal amount of $25,442.01 plus interest accrued to May 26, 2015, in the sum of $9,367.97; with interest accruing thereafter at a daily rate of $3.13 until entry of judgment, administration costs in the amount of $0.00, for a total amount of  $**34,809.98**.


DATED:  6/29/15            By:  KIRY GRAY, ACTING CLERK OF COURT

                                Clerk of the Court


                                _Yvette Lewis_
                                 Deputy Clerk
                            United States District Court